JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFF
TEL (408)292-1040
FAX (408)292-1045

ADR
Filed

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07 02711 PVT

ALFONSO TALAVERA,

      Plaintiff,

    vs.

SHANGAI RESTAURANT, ORLANDO

CHANG, and DOES 1-10

      Defendants

DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial.

May 22, 2007

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 10