1
2

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

3
4  ALFONSON TALAVERA,                                      C 07-2711 PVT
5          *Plaintiff(s)*,
                                                            **CLERK'S NOTICE RESCHEDULING
                                                            CASE MANAGEMENT CONFERENCE**
6  vs.
7  SHANGAI RESTAURANT, ORLANDO CHANG,
8          *Defendant(s)*.
9

10   Please take notice that the Case Management Conference scheduled for August 28,
11  2007 at 2:00 p.m. has been rescheduled to **September 4, 2007 at 2:00 p.m.** before Magistrate
12  Patricia V. Trumbull**.**   Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse,
13  280 South First Street, San Jose, California.
14
15  Dated: August 2, 2007                    /s/ Corinne Lew

16                                            Corinne Lew
                                              DEPUTY CLERK