**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ALFONSO TALAVERA,   C 07-2711 PVT

    *Plaintiff(s),*

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

vs.

SHANGAI RESTAURANT, ET AL.,

    *Defendant(s).*

    Please take notice that the Case Management Conference scheduled for September 4, 2007 at 2:00 p.m. has been rescheduled to **October 2, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.**   Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: August 31, 2007

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK