UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 10/2/07

Court Reporter: FTR          Clerk: C. Lew

Case No:C 07-2711 PVT        Case Title:    Alfonso Talavera vs. Shangai Restaurant, et al

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| James Dal Bon | No Appearance |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial        [ ] Status        [ ] Discovery

                          [ ] Settlement     [ ] Final

                          [ ] Other          **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed [ ] Not Settled

[ ] Granted in part, denied in part         [ ] Off Calendar

[ X ] Case to be dismissed as soon as plaintiff counsel finds client.

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant          [ X ] Court          [ ] Court w/opinion