JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (408)292-1040
Fax (408)292-1045

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO TALAVERA,                          )   Case No: C07-02711 PVT
                                           )
            Plaintiff,                      )        REQUEST FOR DISMISSAL
                                           )
      vs.                                  )
                                           )
SHANGAI RESTAURANT, ORLANDO                )
                                           )
CHANG, and DOES 1-10                       )
                                           )
            Defendants                      )
                                           )
                                           )
                                           )
                                           )
_____)

Pursuant to Fed. R. Civ. Pro. 41, plaintiff moves to dismiss his case:

1. Plaintiff filed a complaint on June 11, 2007 for alleged wage and hour violations.

2) The Defendants have not made an appearance in this case.

3) After further consideration Plaintiff respectfully requests that his case be dismissed without prejudice.

                              November 2, 2007

                              Dal Bon & Wang
                              _____s/jdb_____
                              James Dal Bon

Dated:


IT IS SO ORDERED


_____
Honorable Magistrate Judge
Patricia Trumbull